# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., BERETTA U.S.A. CORP., DAVIDSON'S, INC., GLOCK, INC., CENTRAL TEXAS GUN WORKS, HORNADY MANUFACTURING COMPANY, LIPSEY'S, LLC, OSAGE COUNTY GUNS LLC, RSR GROUP, INC., SHEDHORN SPORTS, INC., SIG SAUER, INC., SMITH & WESSON INC., SPORTS SOUTH LLC, SPRAGUE'S SPORTS INC. and STURM, RUGER & COMPANY, INC.,<br><br>       Plaintiffs,<br>  v.<br><br>LETITIA JAMES, in her official capacity as New York Attorney General,<br><br>       Defendant. | Case No.: 1:21-cv-01348-MAD-CFH |

## PLAINTIFF SPORTS SOUTH LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Sports South LLC files the following Corporate Disclosure Statement in accordance with the Federal Rule of Civil Procedure 7.1.

Sports South LLC has no parent company. Sports South LLC is not publicly traded, and therefore there is no publicly held corporation that owns 10% or more of Sports South LLC stock.

*[signature on the following page]*

1

Dated:  December 20, 2021                    Respectfully submitted,

*/s/ Scott A. Chesin*
SCOTT A. CHESIN
NDNY Bar Roll # 702851
**SHOOK, HARDY & BACON LLP**
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Telephone:   (212) 779-6106
Facsimile:   (929) 501-5545
schesin@shb.com


AMY M. CROUCH (*pro hac vice forthcoming*)
Missouri Bar # 48654
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6560
Facsimile: (816) 421-5547
amcrouch@shb.com

***Counsel for all Plaintiffs***

## CERTIFICATE OF SERVICE

     I hereby certify that on December 20, 2021, the above and foregoing was filed via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System and via electronic mail to the following:

*/s/ Scott A. Chesin*
*Attorney for Plaintiffs*