UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL SHOOTING SPORTS FOUNDATION, INC., *et al.*,

                      *Plaintiffs*,

      v.

LETITIA JAMES, in her official capacity as Attorney General of the State of New York,

                      *Defendant*.

**NOTICE OF MOTION TO DISMISS**

1:21-CV-1348

(MAD/CFH)

    PLEASE TAKE NOTICE that upon the Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and upon the Declaration of Michael G. McCartin, dated February 18, 2022, with the annexed exhibit, and upon all prior proceedings, the Defendant will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Albany, New York, for (1) judgment pursuant to Federal Rule of Civil Procedure 12(b)(6) and (2) denial of Plaintiffs' motion for a preliminary injunction, as is more fully set forth in Defendant's Memorandum of Law.  Defendant is seeking the dismissal of Plaintiffs' action in its entirety.

Dated: Albany, New York
       February 18, 2022

s/ *Michael McCartin*

MICHAEL G. McCARTIN
Assistant Attorney General
  *Of Counsel*
Bar Roll No. 511158
Telephone: (518) 776-2620
E-mail: Michael.McCartin@ag.ny.gov

To:    All Attorneys of Record (via CM/ECF)