UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., *et al.*, | |
| *Plaintiffs*, | **DECLARATION OF MICHAEL G. McCARTIN** |
| v. | |
| LETITIA JAMES, in her official capacity as Attorney General of the State of New York, | Docket No.: 1:21-CV-1348 (MAD/CFH) |
| *Defendant.* | |

**MICHAEL G. McCARTIN**, an attorney licensed to practice law in the State of New York and United States District Court, Northern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalties of perjury, the following:

1. I am the Assistant Attorney General | Special Counsel assigned to the defense of this action.

2. I submit this declaration based on personal knowledge, for the limited purpose of providing the Court with the attached exhibit that is cited in Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Defendant's Motion to Dismiss, which is a document appropriate for judicial notice.

3. Attached as Exhibit 1 is a true and correct copy of the slip copy of the session law L. 2021, ch. 237, § 1., codified as N.Y. General Business Law §§ 898–a to 898–e.

Dated: February 18, 2022           *s/Michael G. McCartin*
       Albany, New York            Assistant Attorney General | Special Counsel

1