```
                       LAWS OF NEW YORK, 2021

                             CHAPTER 237

   AN  ACT to amend the general business law, in relation to the dangers to
      safety and health and creation of a  public  nuisance  caused  by  the
      sale, manufacturing, distribution, importing and marketing of firearms

              Became a law July 6, 2021, with the approval of the Governor.
              Passed by a majority vote, three-fifths being present.

     The  People of the State of New York, represented in Senate and Assem-
   bly, do enact as follows:

     Section 1. Legislative findings and  intent.  The  legislature  hereby
   finds  that  the  illegal  use of firearms not only constitutes a public
   nuisance as declared in article 400 of  the  penal  law,  but  that  the
   effects  of  such nuisance contribute to the public health crisis of gun
   violence in this state as declared by the legislature in  the  2021-2022
   legislative  session.  This  nuisance poses specific harm to New Yorkers
   based largely on their zip code and  certain  immutable  characteristics
   such  as  race  and  ethnicity.  Illegal firearm violence has disproportion-
   ately  affected  underserved black and brown neighborhoods in our cities
   and throughout the state despite stringent state and local laws  against
   the  illegal  possession  of  firearms while, according to the Bureau of
   Alcohol, Tobacco, Firearms and Explosives statistics,  74%  of  firearms
   used  in crimes in New York are purchased outside of New York. Thus, the
   legislature further finds that given the ease at  which  legal  firearms
   flow  into  the  illegal  market,  and  given  the specific harm illegal
   firearm violence causes certain New Yorkers, those responsible  for  the
   illegal  or  unreasonable  sale, manufacture, distribution, importing or
   marketing of firearms may be held liable for the public nuisance  caused
   by  such  activities.   Additionally,  many New Yorkers, including many
   children, are gravely injured  or  killed  unintentionally  due  to  the
   firearm  industry's  failure to implement reasonable safety measures and
   the legislature finds that this failure also warrants liability.
     § 2. The general business law is  amended  by  adding  a  new  article
   39-DDDD to read as follows:
                             ARTICLE 39-DDDD
             SALE, MANUFACTURING, IMPORTING AND MARKETING OF FIREARMS
   Section 898-a. Definitions.
           898-b. Prohibited activities.
           898-c. Public nuisance.
           898-d. Enforcement.
           898-e. Private right of action.
     §  898-a.  Definitions.  For  purposes  of this article, the following
   terms shall have the following meanings:
     1. "Deceptive acts or  practices"  shall  have  the  same  meaning  as
   defined in article twenty-two-A of this chapter.
     2.   "Reasonable  controls  and  procedures" shall mean policies that
   include, but are not limited to: (a)  instituting  screening,  security,
   inventory  and  other  business practices to prevent thefts of qualified
   products as well as sales of qualified  products  to  straw  purchasers,

    EXPLANATION--Matter in italics is new; matter in brackets [-] is old law
                              to be omitted.
```

```
     traffickers,  persons prohibited from possessing firearms under state or
   federal law, or persons at risk of injuring themselves  or  others;  and
   (b)  preventing  deceptive  acts and practices and false advertising and
   otherwise  ensuring  compliance  with  all  provisions  of  article
   twenty-two-A of this chapter.
     3. "False advertising" shall have the same meaning as defined in arti-
   cle twenty-two-A of this chapter.
     4. "Gun industry member"  shall  mean  a  person, firm, corporation,
   company,  partnership,  society, joint stock company or any other entity
   or association engaged in the sale, manufacturing, distribution, import-
   ing or marketing of  firearms,  ammunition,  ammunition  magazines,  and
   firearms accessories.
     5.  The terms "knowingly" and "recklessly" shall have the same meaning
   as defined in section 15.05 of the penal law.
     6. "Qualified product" shall have the same meaning as  defined  in  15
   U.S.C. section 7903(4).
     §  898-b. Prohibited activities. 1. No gun industry member, by conduct
   either unlawful in itself or unreasonable under  all  the  circumstances
   shall knowingly or recklessly create, maintain or contribute to a condi-
   tion in New York state that endangers the safety or health of the public
   through  the  sale, manufacturing, importing or marketing of a qualified
   product.
     2. All gun industry members who manufacture, market, import  or  offer
   for  wholesale  or  retail  sale any qualified product in New York state
   shall establish  and  utilize  reasonable  controls  and  procedures  to
   prevent  its  qualified products from being possessed, used, marketed or
   sold unlawfully in New York state.
     § 898-c. Public nuisance. 1. A violation of subdivision one or two  of
   section  eight  hundred  ninety-eight-b  of this article that results in
   harm to the public shall hereby be declared to be a public nuisance.
     2. The existence of a public nuisance shall not depend on whether  the
   gun industry member acted for the purpose of causing harm to the public.
     §  898-d.  Enforcement.   Whenever there shall be a violation of this
   article, the attorney general, in the name of the people of the state of
   New York, or a city corporation counsel on behalf of the  locality,  may
   bring an action in the supreme court or federal district court to enjoin
   and restrain such violations and to obtain restitution and damages.
     §  898-e.  Private  right  of action. Any person, firm, corporation or
   association that has been damaged as a result of a gun industry member's
   acts or omissions in violation of this  article  shall  be  entitled  to
   bring  an  action  for recovery of damages or to enforce this article in
   the supreme court or federal district court.
     § 3. Severability clause. If any clause, sentence, paragraph, subdivi-
   sion, section or part of this act shall be  adjudged  by  any  court  of
   competent  jurisdiction  to  be invalid, such judgment shall not affect,
   impair, or invalidate the remainder thereof, but shall  be  confined  in
   its  operation  to the clause, sentence, paragraph, subdivision, section
   or part thereof directly involved in the controversy in which such judg-
   ment shall have been rendered. It is hereby declared to be the intent of
   the legislature that this act would  have  been  enacted  even  if  such
   invalid provisions had not been included herein.
     § 4. This act shall take effect immediately.
```

The Legislature of the STATE OF NEW YORK ss:
   Pursuant  to  the authority vested in us by section 70-b of the Public
Officers Law, we hereby jointly certify that  this  slip  copy  of  this
session law was printed under our direction and, in accordance with such
section, is entitled to be read into evidence.

     ANDREA STEWART-COUSINS                            CARL E. HEASTIE
 Temporary President of the Senate                Speaker of the Assembly