# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., BERETTA U.S.A. CORP., DAVIDSON'S, INC., GLOCK, INC., CENTRAL TEXAS GUN WORKS, HORNADY MANUFACTURING COMPANY, LIPSEY'S, LLC, OSAGE COUNTY GUNS LLC, RSR GROUP, INC., SHEDHORN SPORTS, INC., SIG SAUER, INC., SMITH & WESSON INC., SPORTS SOUTH LLC, SPRAGUE'S SPORTS INC. and STURM, RUGER & COMPANY, INC.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>LETITIA JAMES, in her official capacity as New York Attorney General,<br><br>                    Defendant. | Case No.: 1:21–cv–1348 (MAD/CFH) |

## NOTICE OF APPEAL

All plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 25, 2022 (Dkt. No. 47) and from the Memorandum-Decision and Order entered on May 25, 2022 (Dkt. No. 46).

Dated: June 24, 2022

Respectfully submitted,

*/s/ Scott A. Chesin*
SCOTT A. CHESIN
N.D.N.Y. Bar Roll # 702851
ELLIOTT M. DAVIS
N.D.N.Y. Bar Roll # 703314
**SHOOK, HARDY & BACON LLP**
1325 Avenue of the Americas, 28th Floor
New York, N.Y.  10019
Telephone:   (212) 779-6106
Facsimile:    (929) 501-5545
schesin@shb.com
edavis@shb.com

AMY M. CROUCH (*pro hac vice*)
Missouri Bar # 48654
STACEY E. DEERE (*pro hac vice*)
Missouri Bar # 50036
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, Mo.p  64108
Telephone:   (816) 474-6560
Facsimile:    (816) 421-5547
amcrouch@shb.com
sdeere@shb.com

*Counsel for all Plaintiffs*