UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on June 24, 2022 the Court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the Court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 24th day of June, 2022.

*/s/ John Domurad*
Clerk of Court

By:   Patsy Harvey
       Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name: | National Shooting Sports Foundation, Inc., et al. v. Letitia James |
| Case Number: | 1:21-cv-1348 (MAD/CFH) |
| Docket No. of Appeal: | #48 - Notice of Appeal |
| Document Appealed: | #46 - Memorandum-Decision and Order and #47 - Judgment |

Fee Status:     Paid _X_

Counsel:     Retained _X_

Time Status:     Timely _X_

Motion for Extension of Time:     N/A _X_

Certificate of Appealability:     N/A _X_